# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
:
Gerald Iverson, Jr.,                                                          :
                                                                              :
                Plaintiff,                                :
                                                                              :
    v.                                                                      :   Civil Action No. 14-1824 (TSC)
                                                                              :
Plan Administrator, *et al.*,                                                 :
                                                                              :
                Defendants.                              :
_____:

## **MEMORANDUM OPINION**

This matter has come before the Court on Defendant's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (ECF No. 4). In its December 18, 2014 Order (ECF No. 6), the Court advised plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by January 16, 2015, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition to the motion, nor has requested more time to file his opposition, nor has advised the Court of any change of address. The Court, therefore, will treat the motion as conceded and will dismiss this action.

An Order accompanies this Memorandum Opinion.

Date: January 29, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge